UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIQUIEL BANKS,

    Plaintiff,

v.                                                                  Case No: 8:14-cv-2701-T-17JSS

IGOV TECHNOLOGIES INC.,

    Defendant.
_____/

## ORDER ON PLAINTIFF'S MOTIONS TO COMPEL

       THIS MATTER is before the Court on Plaintiff's First Motion to Compel Compensatory Relief of Depositional Information (Dkt. 67), First Motion to Compel Subpoena for Circumstances Surrounding Continued Employment of Eugenia Kolasinski (Dkt. 68), First Motion to Compel Subpoena for Disciplinary Records Filed with HR (Dkt. 69), First Motion to Compel Subpoena for Circumstances Surrounding Steven Brown Leaving LeClair Ryan (Dkt. 70), and First Motion to Compel Subpoena Time Records from iGov (Dkt. 71).

       Plaintiff's motions request relief regarding various discovery matters. Pursuant to the Court's Case Management and Scheduling Order, the discovery deadline was May 29, 2015. (Dkt. 24.) This deadline has not been extended by the Court or by request of either party. *See* Order (Dkt. 46) (denying Plaintiff's various discovery motions as moot as they were filed after the discovery deadline). As such, Plaintiff's requests for issuance of subpoenas and depositions are untimely. Accordingly, it is

       **ORDERED** that Plaintiff's First Motion to Compel Compensatory Relief of Depositional Information (Dkt. 67), First Motion to Compel Subpoena for Circumstances Surrounding Continued Employment of Eugenia Kolasinski (Dkt. 68), First Motion to Compel Subpoena for

Disciplinary Records Filed with HR (Dkt. 69), First Motion to Compel Subpoena for Circumstances Surrounding Steven Brown Leaving LeClair Ryan (Dkt. 70), and First Motion to Compel Subpoena Time Records from iGov (Dkt. 71) are **DENIED** without prejudice.

**DONE** and **ORDERED** in Tampa, Florida on August 28, 2015.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party